# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

WILLIAM ANDERSON,

        Plaintiff,

v.                                                   Case No: 6:13-cv-1571-Orl-40TBS

TECHTRONIC INDUSTRIES NORTH
AMERICA, INC., ONE WORLD
TECHNOLOGIES, INC. and RYOBI
TECHNOLOGIES, INC.,

        Defendants.
_____/

## ORDER

This cause is before the Court on Defendants' Motion to Strike Plaintiff's Bill of Costs (Doc. 133) filed on June 11, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 2, 2015 (Doc. 137), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Strike Plaintiff's Bill of Costs (Doc. 133) is **GRANTED**.

3. The Clerk is **DIRECTED** to **STRIKE** Plaintiff's Bill of Costs (Doc. 132).

**DONE AND ORDERED** in Orlando, Florida on July 20, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties